1  IGNACIA S. MORENO
   Assistant Attorney General
2  Environment & Natural Resources Division
   United States Department of Justice
3
   J. NATHANAEL WATSON
4  Trial Attorney
   U.S. Department of Justice
5  Environment & Natural Resources Division
   Natural Resources Section
6  P.O. Box 663
   Washington, DC 20044-0663
7  Tel: 202-305-0475
   Fax: 202-305-0267
8  Email: joseph.watson@usdoj.gov
   Georgia Bar No. 212038
9
   ATTORNEYS FOR THE DEFENDANTS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| GILA RIVER INDIAN COMMUNITY, | )<br>)<br>) |
| *Plaintiff*, | )<br>) |
| v. | ) Civ. No. 2:10-cv-01993 (DGC) |
| UNITED STATES OF AMERICA; THE UNITED STATES DEPARTMENT OF THE INTERIOR; KENNETH L. SALAZAR, in his official capacity as United States Secretary of the Interior; and LARRY ECHO HAWK, in his official capacity as the Assistant Secretary for Indian Affairs of the United States Department of the Interior, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| *Defendants.* | )<br>) |

**NOTICE OF APPEARANCE**

Defendants hereby give notice of the appearance of J. Nathanael Watson as Counsel for Defendants in this matter. Mr. Watson is registered to use this Court's Electronic Case Filing System (ECF) and may be served electronically using ECF. If necessary notices, orders, or other papers may be sent to Mr. Watson at the address below.

-1-

Respectfully submitted this 20th day of September, 2010.

        IGNACIA S. MORENO
        Assistant Attorney General
        Environment & Natural Resources Division
        United States Department of Justice

        *s/ Joseph Nathanael Watson*
        J. NATHANAEL WATSON
        Trial Attorney
        U.S. Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        P.O. Box 663
        Washington, DC 20044-0663
        Tel: 202-305-0475
        Fax: 202-305-0267
        Email: joseph.watson@usdoj.gov
        Georgia Bar No. 212038

        Overnight delivery:
        PHB Mail Room 2121
        601 D Street, N.W.
        Washington D.C., 20004

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of September, 2010, I electronically filed the foregoing document with the clerk of court by using the CM/ECF system which will send notice of electronic filings to all counsel of record.

By:        /s/ Joseph Nathanael Watson
        J. NATHANAEL WATSON
        Trial Attorney
        Natural Resources Section
        Environment & Natural Resources Division
        U.S. Department of Justice
        P.O. Box 663
        Washington, DC 20044
        Fax: (202) 305-0267
        Tel: (202) 305-0475
        joseph.watson@usdoj.gov