IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

___ FILED     ___ LODGED
___ RECEIVED  ___ COPY

SEP 2 3 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

GILA RIVER INDIAN COMMUNITY

    Plaintiff(s)/Petitioner(s),
vs.

THE UNITED STATES OF AMERICA ET AL.

    Defendant(s)/Respondent(s)

CASE NO: 2:10-cv-1993-DGC

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)

## NOTICE: $50.00 APPLICATION FEE REQUIRED!

I, **Brian H. Fletcher**, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on behalf of **Proposed Defendant-Intervenor Tohono O'odham Nation**.

**City and State of Principal Residence:** Washington, D.C.
**Firm Name:** Wilmer Cutler Pickering Hale and Dorr LLP
**Address:** 1875 Pennsylvania Ave. NW     **Suite:**
**City:** Washington     **State:** DC     **Zip:** 20006
**Firm/Business Phone:** (202) 663-6000
**Firm Fax Phone:** (202) 663-6363     **E-mail Address:** brian.fletcher@wilmerhale.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| New York | 03/25/2009 | ☑ Yes  ☐ No* |
| District of Columbia | 01/08/2010 | ☑ Yes  ☐ No* |
| U.S. Court of Appeals, Federal Circuit | 06/07/2009 | ☑ Yes  ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*
Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes  ☑ No
Have you ever been disbarred from practice in any Court?   ☐ Yes  ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, and will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules").

9/20/2010     [signature]
**Date**         **Signature of Applicant**
Fee Receipt # phx101601

(Rev. 06/10)

Brian H. Fletcher
Pro Hac Vice Application

## Attachment — List of Admissions (continued)

| Title of Court | Date of Admission | Good Standing |
|---|---|---|
| U.S. Court of Appeals, Sixth Circuit | 3/30/2009 | Yes |
| U.S. District Court, District of Columbia | 7/12/2010 | Yes |

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **ANGELA D. CAESAR**, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**BRIAN   H.   FLETCHER**

was, on the _12th_ day of _July_ A.D. _2010_ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this _20th_ day of _September_ A.D. 2010.

**ANGELA   D.   CAESAR**, CLERK

By: _[signature]_
Deputy Clerk