IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

KRISTOFOR R. SWANSON
Colorado Bar No. 39378
J. NATHANAEL WATSON
Georgia Bar No. 212038
Trial Attorneys
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Tel: 202-305-0248
Tel: 202-305-0475
Fax: 202-305-0267
Email: kristofor.swanson@usdoj.gov
Email: joseph.watson@usdoj.gov

Attorneys for the Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| GILA RIVER INDIAN COMMUNITY, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES OF AMERICA; THE UNITED STATES DEPARTMENT OF THE INTERIOR; KENNETH L. SALAZAR, in his official capacity as United States Secretary of the Interior; and LARRY ECHO HAWK, in his official capacity as the Assistant Secretary for Indian Affairs of the United States Department of the Interior, <br><br> *Defendants.* | Civ. No. 2:10-cv-01993 (DGC) |

**NOTICE OF APPEARANCE**

Defendants hereby give notice of the appearance of Kristofor R. Swanson as Counsel for Defendants in this matter.  Mr. Swanson is registered to use this Court's Electronic Case Filing System (ECF) and may be served electronically using ECF.  If necessary notices, orders, or other

papers may be sent to Mr. Swanson at the address below.

Respectfully submitted this 23rd day of September, 2010.

>IGNACIA S. MORENO
> Assistant Attorney General
> Environment & Natural Resources Division
> United States Department of Justice
>
> *s/ Kristofor R. Swanson*
> KRISTOFOR R. SWANSON
> Colorado Bar No. 39378
> Trial Attorney
> U.S. Department of Justice
> Environment & Natural Resources Division
> Natural Resources Section
> P.O. Box 663
> Washington, DC 20044-0663
> Tel: 202-305-0248
> Fax: 202-305-0267
> Email: kristofor.swanson@usdoj.gov
>
> Overnight delivery:
> PHB Mail Room 2121
> 601 D Street, N.W.
> Washington D.C., 20004

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 23rd day of September, 2010, I electronically filed the foregoing document with the clerk of court by using the CM/ECF system which will send notice of electronic filings to all counsel of record.

By:                                              /s/ Kristofor R. Swanson
                                                 KRISTOFOR R. SWANSON
                                                 Trial Attorney