# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Gila River Indian Community

    Plaintiff(s)/Petitioner(s),

vs.

United States of America et al

    Defendant(s)/Respondent(s)

CASE NO: 2:10-cv-01993-DGC

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)

## NOTICE: $50.00 APPLICATION FEE REQUIRED!

I, **James P. Tuite**, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on behalf of **Gila River Indian Community**.

**City and State of Principal Residence:** Washington, D.C.
**Firm Name:** Akin Gump Strauss Hauer & Feld LLP
**Address:** 1333 New Hampshire Avenue, N.W.   **Suite:**
**City:** Washington   **State:** DC   **Zip:** 20036
**Firm/Business Phone:** (202) 887-4406
**Firm Fax Phone:** (202) 887-4288   **E-mail Address:** jtuite@akingump.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| See Attached | | ☐ Yes   ☐ No* |
| | | ☐ Yes   ☐ No* |
| | | ☐ Yes   ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |
| | | |

* Explain:

### ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes   ☑ No
Have you ever been disbarred from practice in any Court?   ☐ Yes   ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, and will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules").

9/21/10   *James P. Tuite*
**Date**   **Signature of Applicant**

**Fee Receipt #** _____

(Rev. 06/10)

Attachment to James P. Tuite's
Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)
on case No.: 2:10-cv-01993-DGC

| Jurisdiction and Courts | Admission Dates | In Good Standing |
|---|---|---|
| District of Columbia Court of Appeals | 03/24/1982 | Yes |
| Supreme Court of the United States | 03/26/1979 | Yes |
| U.S. Court of Appeals for the District of Columbia Circuit | 04/26/1978 | Yes |
| U.S. Court of Appeals for the First Circuit | 03/08/1995 | Yes |
| U.S. Court of Appeals for the Second Circuit | 03/18/1980 | Yes |
| U.S. Court of Appeals for the Third Circuit | 01/15/1993 | Yes |
| U.S. Court of Appeals for the Fourth Circuit | 08/24/1978 | Yes |
| U.S. Court of Appeals for the Fifth Circuit | 06/11/1992 | Yes |
| U.S. Court of Appeals for the Sixth Circuit | 09/22/1987 | Yes |
| U.S. Court of Appeals for the Seventh Circuit | 12/27/1978 | Yes |
| U.S. Court of Appeals for the Ninth Circuit | 05/05/1978 | Yes |
| U.S. Court of Appeals for the Tenth Circuit | 10/26/1990 | Yes |
| U.S. District Court for the District of Columbia | 11/07/1983 | Yes |
| U.S. Court of Federal Claims | 04/09/1987 | Yes |
| U.S. Court of Appeals for the Federal Circuit | 05/20/1987 | Yes |
| U.S. Tax Court | 06/05/1998 | Yes |
| Supreme Court of Texas | 09/24/1973 | Yes |
| United States District Court for the Eastern District of Michigan | 03/18/09 | Yes |

# United States District Court for the District of Columbia
## CLERK'S OFFICE
333 Constitution Avenue, NW
Washington, DC 20001

I, **ANGELA D. CAESAR**, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**JAMES P. TUITE**

was, on the 7th day of November A.D. 1983 admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this 21st day of September A.D. 2010.

ANGELA D. CAESAR, CLERK

By: _____
Deputy Clerk

