# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Gila River Indian Community

    Plaintiff(s)/Petitioner(s),

vs.

United States of America et al

    Defendant(s)/Respondent(s)

CASE NO: 2:10-cv-01993-DGC

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)

## NOTICE: $50.00 APPLICATION FEE REQUIRED!

I, __Merrill C. Godfrey__, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on behalf of __Gila River Indian Community__.

**City and State of Principal Residence:** Silver Spring, Maryland
**Firm Name:** Akin Gump Strauss Hauer & Feld LLP
**Address:** 1333 New Hampshire Ave., NW     **Suite:** ___
**City:** Washington    **State:** DC    **Zip:** 20036-1564
**Firm/Business Phone:** (202) 887-4195
**Firm Fax Phone:** (202) 887-4288    **E-mail Address:** mgodfrey@akingump.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
| --- | --- | --- |
| See Attached | | ☐ Yes  ☐ No* |
| | | ☐ Yes  ☐ No* |
| | | ☐ Yes  ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
| --- | --- | --- |
| | | |
| | | |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court? ☐ Yes  ☑ No

Have you ever been disbarred from practice in any Court? ☐ Yes  ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, and will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules").

21 Sept. 2010      /s/ Merrill C. Godfrey
**Date**      **Signature of Applicant**

Fee Receipt # _____      (Rev. 06/10)

**Attachment to Merrill C. Godfrey's**
**Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)**
**on case No: 2:10-cv-01993-DGC**

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? | |
|---|---|---|---|
| US Court of Appeals – 6th Circuit | 2/23/09 | Yes | |
| US Court of Appeals – DC Circuit | 4/2/09 | Yes | |
| US Court of Appeals – Federal Circuit | 6/6/07 | Yes | |
| US Court of Federal Claims | 8/26/04 | Yes | |
| US District Court – District of Columbia District | 2/4/02 | Yes | |
| US Supreme Court | 5/17/10 | Yes | |

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **ANGELA D. CAESAR**, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**MERRILL   C.   GODFREY**

was, on the  4th  day of  February  A.D.  2002  admitted to practice as an  Attorney at  Law at the Bar of this Court, and is, according to the records of  this Court, a member of said  Bar in good standing.

In Testimony  Whereof, I hereunto subscribe my name and affix the seal of said Court in  the City of  Washington this  21st  day of  September  A.D. 2010.

ANGELA  D.  CAESAR, CLERK

By: *[signature]*
Deputy Clerk

