UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **Gila River Indian Community,**<br>PLAINTIFF(S)<br><br>v.<br><br>**United States of America, et al.,**<br>DEFENDANT(S) | CASE NO.  **CV 10-1993-PHX-DGC**<br><br>NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |

PLEASE TAKE NOTICE:

Pursuant to the Federal Rules of Civil Procedure, and the General Orders, Local Rules, and CM/ECF Administrative Policies and Procedures Manual of this Court, the following deficiency(ies) has been found with the electronically filed document, *MOTION(s) for Admission Pro Hac Vice as to attorney(s) James P. Tuite  #13 and Merrill C. Godfrey #14*  filed by *Brian Schulman*:

☒ Instate Counsel incorrectly filing for ineligible out-of-state Attorney.

**NO ACTION REQUIRED BY THE FILER**

☒ The Documents MUST be re-filed in paper. DO NOT RE-FILE ELECTRONICALLY.

**NOTE: The Attorney has corrected the error at dockets 14 and 15.**