IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GILA RIVER INDIAN COMMUNITY, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA; THE UNITED STATES DEPARTMENT OF THE INTERIOR; KENNETH L. SALAZAR, in his official capacity as United States Secretary of the Interior; and LARRY ECHO HAWK, in his official capacity as the Assistant Secretary for Indian Affairs of the United States Department of the Interior,<br><br>Defendants. | Case No.: CV10-1993-PHX DGC<br><br>**ORDER GRANTING STIPULATED MOTION FOR TRANSFER AND CONSOLIDATION OF RELATED ACTIONS** |
| CITY OF GLENDALE, ARIZONA<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA; THE UNITED STATES DEPARTMENT OF THE INTERIOR; KENNETH L. SALAZAR, in his official capacity as United States Secretary of the Interior,<br><br>Defendants. | Case No.: No. 2:10-cv-02017-DKD |

This matter, having come before the Court on the Stipulated Motion for Transfer and Consolidation of Related Actions filed jointly by all parties, and good cause

*PHX 329,500,050*

appearing,

IT IS ORDERED that the parties' joint stipulated motion for transfer and consolidation of related actions (Doc. 19) is **granted**.

IT IS FURTHER ORDERED that the action styled as *City of Glendale, Arizona v. The United States of America, et al.*, No. 2:10-cv-02017-DKD (the "Glendale Action") is transferred to the Honorable David G. Campbell.

IT IS FURTHER ORDERED that the Glendale Action shall be consolidated for all purposes with the action styled as *Gila River Indian Community v. The United States of America, et al.*, No.2-10-cv-01993-DGC.

Dated this 1st day of October, 2010.

_____
David G. Campbell
United States District Judge

LAW OFFICES
**GREENBERG TRAURIG**
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000

2

PHX 329,500,050