IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GILA RIVER INDIAN COMMUNITY, a federally recognized Indian tribe,<br><br>    Plaintiff,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA; THE UNITED STATES DEPARTMENT OF THE INTERIOR; KENNETH L. SALAZAR, in his official capacity as United States Secretary of the Interior; and LARRY ECHO HAWK, in his official capacity as the Assistant Secretary for Indian Affairs of the United States Department of the Interior,<br><br>    Defendants. | Case No.: CV10-1993-PHX DGC<br><br>**ORDER** |
| CITY OF GLENDALE, ARIZONA<br><br>    Plaintiff,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA; THE UNITED STATES DEPARTMENT OF THE INTERIOR; KENNETH L. SALAZAR, in his official capacity as United States Secretary of the Interior,<br><br>    Defendants. | Case No.: No. 2:10-cv-02017-DKD |

**IT IS ORDERED** that a scheduling conference is set in this matter for **October 8, 2010 at 2:00 p.m.** before the Honorable David G. Campbell, Courtroom 603, 401

*PHX 329,500,050*

West Washington Street, Phoenix, Arizona 85003.  The purpose of the hearing will be to discuss the parties' joint proposed scheduling order.  Out of state counsel may appear by telephone at the hearing.  Out of state counsel wishing to appear by telephone shall notify the Court no later than **October 8, 2010 at 10:00 a.m.** of their desire to appear telephonically.

Dated this 1st day of October, 2010.

_____
David G. Campbell
United States District Judge

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA  85016
(602) 445-8000