1  Douglas A. Jorden (AZ Bar No. 004729)
   Elizabeth A. Alongi (AZ Bar No. 023069)
2  JORDEN BISCHOFF & HISER P.L.C.
   7272 E. Indian School Road, Suite 360
3  Scottsdale, Arizona 85251
   Telephone: 480-505-3900
4  Facsimile: 480-505-3901
   djorden@jordenbischoff.com
5  ealongi@jordenbischoff.com
   *Attorneys for Plaintiffs Terry and Rios*
6
   Lawrence J. Rosefeld, SBN 004426
7  Brian J. Schulman, SBN 015286
   GREENBERG TRAURIG, LLP
8  2375 E. Camelback Road, Suite 700
   Phoenix, AZ  85016
9  602-445-8000
   rosenfeldl@gtlaw.com
10 schulmanb@gtlaw.com
   *Attorneys for Plaintiff Gila River Indian Community*
11
   Jose de Jesus Rivera, SBN 004604
12 Peter T. Limperis, SBN 19175
   HARALSON, MILLER, PITT,
13 FELDMAN & McANALLY, PLC
   2800 N. Central Avenue, Suite 840
14 Phoenix, AZ  85012
   (602) 266-5557
15 jrivera@hmpmlaw.com
   plimperis@hmpmlaw.com
16 *Attorneys for Plaintiff City of Glendale, Arizona*

17 Kristofor R. Swanson, CBN 39378
   J. Nathanael Watson, GGN 212038
18 U.S. DEPARTMENT OF JUSTICE
   Environment & Natural Resources Division
19 National Resources Section
   P.O. Box 663
20 Washington, DC 2004-0663
   (202) 305-0248
21 Kristofor.swanson@usdoj.gov
   Joseph.watson@usdoj.gov
22 *Attorneys for the Defendants*

23
24                IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ARIZONA
25
26
27
28

| | |
|---|---|
| Delvin John TERRY, | |
| Celestino RIOS, | Case No.: 2:10-cv-02138-MHB |
| Brandon RIOS, | **NOTICE OF FILING STIPULATED MOTION FOR TRANSFER AND CONSOLIDATION OF RELATED ACTIONS** |
| Damon RIOS, and | |
| Cameron RIOS, | |
| Plaintiffs, | |
| v. | |
| THE UNITED STATES OF AMERICA; THE UNITED STATES DEPARTMENT OF THE INTERIOR; KENNETH L. SALAZAR, in his official capacity as United States Secretary of the Interior; and LARRY ECHO HAWK, in his official capacity as the Assistant Secretary for Indian Affairs of the United States Department of the Interior, | |
| Defendants. | |
| GILA RIVER INDIAN COMMUNITY, a federally recognized Indian tribe, | Case No.: 2-10-cv-01993-DGC |
| Plaintiffs. | |
| v. | |
| THE UNITED STATES OF AMERICA; THE UNITED STATES DEPARTMENT OF THE INTERIOR; KENNETH L. SALAZAR, in his official capacity as United States Secretary of the Interior; and LARRY ECHO HAWK, in his official capacity as the Assistant Secretary for Indian Affairs of the United States Department of the Interior, | |
| Defendants. | |

| | |
|---|---|
| CITY OF GLENDALE, ARIZONA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA; THE UNITED STATES DEPARTMENT OF THE INTERIOR; KENNETH L. SALAZAR, in his official capacity as United States Secretary of the Interior,<br><br>Defendants. | Case No.: 2-10-cv-02017-DKD |

Pursuant to Local Rule 42.1(a), plaintiffs Delvin Terry, Celestino Rios, Brandon Rios, Damon Rios and Cameron Rios, plaintiff Gila River Indian Community, plaintiff City of Glendale, Arizona, and the defendants United States of America, the U.S. Department of the Interior, Kenneth L. Salazar, in his official capacity as U.S. Secretary of the Interior; and Larry Echo Hawk, in his official capacity as the Assistant Secretary for Indian Affairs of the U. S. Department of the Interior, hereby notify the Court that they have filed a stipulated motion to transfer case No. 2:10-cv-02138-MHB to the Honorable David G. Campbell and consolidate it with case No. 2-10-cv-01993-DGC. A copy of the aforementioned motion is attached hereto as Exhibit A.

DATED this 8th day of October 2010.

By: /s/ *Douglas A. Jorden*
Douglas A. Jorden (AZ Bar No. 004729)
Elizabeth A. Alongi (AZ Bar No. 023069)
JORDEN BISCHOFF & HISER P.L.C.
7272 E. Indian School Road, Suite 360
Scottsdale, Arizona 85251
480-505-3900
*Attorneys for Plaintiffs Delvin Terry, Celestino Rios, Brandon Rios, Damon Rios, and Cameron Rios*

3

|   |   |
|---|---|
| 1 | By: /s/ Brian J. Schulman |
|   | Lawrence J. Rosefeld, SBN 004426 |
| 2 | Brian J. Schulman, SBN 015286 |
|   | GREENBERG TAURIG, LLP |

By: /s/ Brian J. Schulman  
Lawrence J. Rosefeld, SBN 004426  
Brian J. Schulman, SBN 015286  
GREENBERG TRAURIG, LLP  
2375 E. Camelback Road, Suite 700  
Phoenix, AZ 85016  
602-445-8000  
*Attorneys for Plaintiff Gila River Indian Community*

By: /s/ Jose de Jesus Rivera  
Jose de Jesus Rivera, SBN 004604  
Peter T. Limperis, SBN 19175  
HARALSON, MILLER, PITT, FELDMAN & McANALLY, PLC  
2800 N. Central Avenue, Suite 840  
Phoenix, AZ 85012  
(602) 266-5557  
jrivera@hmpmlaw.com  
plimperis@hmpmlaw.com  
*Attorneys for Plaintiff City of Glendale, Arizona*

By: /s/ Kristofor R. Swanson  
Kristofor R. Swanson, CBN 39378  
J. Nathanael Watson, GGN 212038  
Environment & Natural Resources Division  
National Resources Section  
P.O. Box 663  
Washington, DC 2004-0663  
(202) 305-0248  
Kristofor.swanson@usdoj.gov  
Joseph.watson@usdoj.gov  
*Attorneys for the Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing and e-mailed to the following CM/ECF registrants:

Brian Schulman; schulmanb@gtlaw.com

James P. Tuite; jtuite@akingump.com

Jason Hauter; jhauter@akingump.com

Lawrence Rosenfeld; rosenfeldL@gtlaw.com

Linus Everling; Linus.everling@gric.nsn.us

Merrill Godfrey; mgodfrey@akingump.com

Thomas Murphy; Thomas.murphy@gric.nsn.us

1. Joseph Watson; Joseph.watson@usdoj.gov
2. Kristofer Swanson; Kristofor.swanson@usdoj.gov
3. Brian H. Fletcher; Brian.fletcher@wilmerhale.com
4. Danielle Spinelli; Daniell.spinelli@wilmerhale.com
5. Jonathan Jantzen; Jonathan.jantzen@tonation-nsn.gov
6. Seth Waxman; Seth.waxman@wilmerhale.com
7. Samuel Daugherty; Samuel.daughety@tonation-nsn.gov
8. Peter Limperis; plimperis@hmpmlaw.com
9. Audrey Moog; Audrey.moog@hoganlovells.com
10. Dominic Perella; dominic.perella@hoganlovells.com
11. Jose de Jesus Rivera; jrivera@hmpmlaw.com
12. Craig Tindall; ctindall@glendaleaz.com
13. Brian Bergin; bbergin@roselawgroup.com

/s/ Tammy Murphy

Notice Motion for transfer and consolidation 20101008.doc