**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gila River Indian Community, a federally recognized Indian Tribe,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>United States of America,<br><br>　　　　Defendant. | No.　CV10-1993 PHX-DGC<br>　　　CV10-2017 PHX DKD<br>　　　CV10-2138 PHX MHB<br><br>　　　(Consolidated)<br><br>**ORDER** |

Arizona Governor Janice Brewer moves to file a brief in support of Plaintiff City of Glendale as *amicus curiae*. Doc. 82. The Court will grant the motion.

A district court has broad discretion to accept amicus filings, and may even appoint amici sua sponte. *Hoptowit v. Ray*, 682 F.2d 1237, 1245, 1260 (9th Cir. 1982), *abrogated on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995). "[T]he classic role of [an] amicus curiae [is] assisting in a case of general public interest, supplementing the efforts of counsel, and drawing the court's attention to law that escaped consideration." *Miller-Wohl Co. v. Comm'r of Labor & Indus.*, 694 F.2d 203, 204 (9th Cir. 1982); *accord Funbus Systems, Inc. v. California Pub. Utils. Comm'n.*, 801 F.2d 1120, 1125 (9th Cir. 1986). In deciding whether to grant amicus status to a government actor, the court may consider whether the amicus will help advise the court of the government's position on relevant issues of law in the case. *See Hoptowit*, 682 F.2d at 1620. There is no rule requiring an amicus to be disinterested. *Id.*; *accord Funbus Systems*, 801 F.2d at 1125.

The Governor seeks to inform the Court about the legal position of the executive

branch of the State of Arizona with regard to Defendant's action. Doc. 82. The Court has previously granted permissive intervention to the Arizona Legislature, represented by several legislative leaders. Doc. 77. The Court concludes that affording the State's chief executive an opportunity to address issues relevant to the State is also appropriate.

**IT IS ORDERED:**

1. The motion to file an amicus brief (Doc. 82) is **granted**. The brief lodged at Doc. 83 shall become part of the record.

2. Defendants may file a response to the amicus brief by **January 14, 2011**. Governor Brewer may file a reply by **January 28, 2011**. The response shall not exceed 10 pages in length, and the reply shall not exceed 5 pages in length.

DATED this 14th day of December, 2010.

David G. Campbell
United States District Judge