**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gila River Indian Community, a federally recognized Indian Tribe, et al., | Nos. CV-10-1993-PHX-DGC<br>CV-10-2017-PHX-DGC<br>CV-10-2138-PHX-DGC |
| Plaintiffs, | |
| vs. | **ORDER** |
| United States of America, et al., | |
| Defendants. | |

        The State of Arizona has filed a motion to intervene pursuant to Rule 24 of the Federal Rules of Civil Procedure. Doc. 103. Defendants do not oppose the motion. Docs. 114, 115.

**IT IS THEREFORE ORDERED:**

        1.        The State of Arizona's motion to intervene (Doc. 103) is **granted**.

        2.        The Clerk is directed to file the lodged proposed complaint in intervention (Doc. 104).

        DATED this 14th day of February, 2011.

_____
David G. Campbell
United States District Judge