Douglas A. Jorden (AZ Bar No. 004729)
Elizabeth A. Alongi (AZ Bar No. 023069)
JORDEN BISCHOFF & HISER P.L.C.
7272 E. Indian School Road, Suite 360
Scottsdale, Arizona 85251
Telephone: 480-505-3900
Facsimile: 480-505-3901
djorden@jordenbischoff.com
ealongi@jordenbischoff.com

*Attorneys for Plaintiffs Delvin John Terry,
Celestino Rios, Brandon Rios, Damon Rios,
and Cameron Rios*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GILA RIVER INDIAN COMMUNITY, *et al.*, | Case No. CV10-1993-PHX DGC |
| Plaintiffs; | Case No. CV10-2017-PHX DGC (consolidated action) |
| v. | |
| THE UNITED STATES OF AMERICA, *et al.*, | Case No. CV10-2138-PHX DGC (consolidated action) |
| Defendants; | **NOTICE OF APPEAL** |
| and | |
| TOHONO O'ODHAM NATION, | |
| Intervening Defendant. | |

Pursuant to Federal Rule of Appellate Procedure 3 and Ninth Circuit Rule 3-1, notice is hereby given that Delvin John Terry, Celestino Rios, Brandon Rios, Damon Rios, and Cameron Rios, plaintiffs in the above-named case, appeal to the United States Court of Appeals for the Ninth Circuit from the Order (Document No. 133) filed in this action on March 3, 2011, denying plaintiffs' motions for summary judgment and granting defendants' cross-motions for summary judgment.

DATED: March 15, 2011

By: /s/ *Douglas A. Jorden*
Douglas A. Jorden (AZ Bar No. 004729)
Elizabeth A. Alongi (AZ Bar No. 023069)
JORDEN BISCHOFF & HISER P.L.C.
7272 E. Indian School Road, Suite 360
Scottsdale, Arizona 85251
Telephone: 480-505-3900

*Attorneys for Plaintiffs Delvin John Terry, Celestino Rios, Brandon Rios, Damon Rios, and Cameron Rios*

CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2011, I electronically filed the foregoing document with the clerk of the court using the CM/ECF system, which will send electronic notice of the filing to all counsel of record.

/s/ *Christopher Markham*

N:\Data\WPDOCS.DAJ\4114.003\Notice of Appeal 20110315.doc