**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gila River Indian Community, a federally recognized Indian tribe; Delvin John Terry, Celestino Rios, Brandon Rios, Damon Rios, and Cameron Rios, members of the Gila River Indian Community; the City of Glendale and Michael Socaciu and Gary Hirsch, residents of Glendale; Speaker of the House Kirk Adams, House Majority Leader John McComish, House Majority Whip Andy Tobin, and Senate Majority Leader Chuck Gray, in their official capacities as members of the Arizona Legislature; and the State of Arizona,<br><br>Plaintiffs,<br><br>vs.<br><br>United States of America; United States Department of the Interior; Kenneth L. Salazar, in his official capacity as Secretary of the Interior; Larry Echo Hawk, in his official capacity as Assistant Secretary for Indian Affairs; and Tohono O'odham Nation, a federally recognized Indian tribe,<br><br>Defendants. | Nos. CV-10-1993-PHX-DGC<br>CV-10-2017-PHX-DGC<br>CV-10-2138-PHX-DGC<br><br>**ORDER** |

Pursuant to Rule 42.1 of the Local Rules of Civil Procedure, the Tohono O'odham Nation (the "Nation") has filed a motion to transfer to the undersigned Judge a related case, *Tohono O'odham Nation v. City of Glendale*, CV-11-279-PHX-NVW (D. Ariz. Feb. 10, 2011). Doc. 119, CV-10-1993. Defendants in the related case, the City of

Glendale and the State of Arizona, consent to the requested transfer. Doc. 130, CV-10-1993. In the interest of judicial economy, the motion to transfer will be granted.

Having considered the motion for the entry of a scheduling order (Doc. 22, CV-11-279), the Court will set a schedule below for the briefing of dispositive motions. The joint motion to increase page limits (Doc. 20, CV-11-279) will also be granted.

**IT IS ORDERED:**

1. The motion to transfer related case (Doc. 119, CV-10-1993) is **granted**. The Clerk is directed to transfer Case No. CV-11-279-PHX-NVW to the undersigned Judge.

2. The joint motion to increase page limits (Doc. 20, CV-11-279) is **granted**.

3. The consent motion for the entry of a scheduling order (Doc. 22, CV-11-279) is **granted**. The following schedule will govern briefing of motions for summary judgment under Rule 56 and dismissal under Rule 12:

- The Nation's summary judgment motion was filed on **March 18, 2011**.
- Defendants' combined oppositions and cross-motions for summary judgment, including any arguments for dismissal under Rule 12, are due by **April 18, 2011**.
- The Nation's combined reply and opposition is due by **May 9, 2011**.
- Defendants' replies are due by **May 24, 2011**.
- Oral argument is set for **June 3, 2011, at 2:00 p.m.**

Dated this 23rd day of March, 2011.

David G. Campbell
United States District Judge