**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gila River Indian Community, a federally recognized Indian tribe; Delvin John Terry, Celestino Rios, Brandon Rios, Damon Rios, and Cameron Rios, members of the Gila River Indian Community; the City of Glendale and Michael Socaciu and Gary Hirsch, residents of Glendale; Speaker of the House Kirk Adams, House Majority Leader John McComish, House Majority Whip Andy Tobin, and Senate Majority Leader Chuck Gray, in their official capacities as members of the Arizona Legislature; and the State of Arizona,<br><br>Plaintiffs,<br><br>vs.<br><br>United States of America; United States Department of the Interior; Kenneth L. Salazar, in his official capacity as Secretary of the Interior; Larry Echo Hawk, in his official capacity as Assistant Secretary for Indian Affairs; and Tohono O'odham Nation, a federally recognized Indian tribe,<br><br>Defendants. | Nos. CV-10-1993-PHX-DGC<br>CV-10-2017-PHX-DGC<br>CV-10-2138-PHX-DGC<br><br>**ORDER** |

Pursuant to Rule 42.1 of the Local Rules of Civil Procedure, the Tohono O'odham Nation has filed a motion to transfer to the undersigned Judge a related case, *Arizona v. Tohono O'odham Nation*, CV-11-296-PHX-NVW (D. Ariz. Feb. 14, 2011). Doc. 132, CV-10-1993. Plaintiffs in the related case, the State of Arizona and the Gila River

Indian Community, consent to the requested transfer. Doc. 134, CV-10-1993. In the interest of judicial economy, the motion to transfer will be granted.

**IT IS ORDERED:**

1. The motion to transfer related case (Doc. 132, CV-10-1993) is **granted**.

2. The Clerk is directed to transfer Case No. CV-11-296-PHX-NVW to the undersigned Judge.

3. A case management conference will be held by telephone on **April 1, 2011, at 11:00 a.m.** At least two days prior to the conference, the parties jointly shall file a memorandum setting forth a proposed litigation schedule for this case.

Dated this 23rd day of March, 2011.

David G. Campbell
United States District Judge