**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gila River Indian Community, a federally recognized Indian tribe, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> United States of America, et al., <br><br> Defendants. | Nos. CV-10-1993-PHX-DGC <br> CV-10-2017-PHX-DGC <br> CV-10-2138-PHX-DGC <br><br> **ORDER** |

The Ninth Circuit has issued its mandate in this case, remanding this matter to the Department of the Interior for reconsideration in light of the Ninth Circuit's opinion. Doc. 165. The Court of Appeals has provided no guidance on the role of this Court with respect to the remand. This Court in other cases has entered an order remanding the matter to the federal agency and setting a date by which the agency shall complete its consideration on remand. The Court has required the new agency decision to be filed by the deadline, and has required the opposing party to indicate, within 30 days of the new decision being issued, whether it continues to contest the agency action, in which event a scheduling conference is held to address briefing with respect to alleged flaws in the new decision. On or before **July 31, 2013** the parties shall file a joint memorandum setting forth their position on whether such an order should be entered in this case, and, if so, what time periods should be included, or whether the Court should take some other action

in light of the Ninth Circuit's mandate.

Dated this 17th day of July, 2013.

David G. Campbell
United States District Judge