**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gila River Indian Community, a federally recognized Indian tribe, et al.,<br><br>  Plaintiffs,<br><br>vs.<br><br>United States of America, et al.,<br><br>  Defendants. | Nos. CV-10-1993-PHX-DGC<br>     CV-10-2017-PHX-DGC<br>     CV-10-2138-PHX-DGC<br><br>**ORDER** |

The Ninth Circuit has issued its mandate in this case, remanding this matter to the Department of the Interior for reconsideration in light of the Ninth Circuit's opinion. Doc. 165. The Court has considered the parties' respective positions on what action, if any, this Court should take on the remand.

**IT IS ORDERED:**

1. This matter is remanded to the Department of the Interior consistent with the Ninth Circuit's opinion and mandate.

2. The Clerk shall terminate this action.

Dated this 12th day of August, 2013.

_____
David G. Campbell
United States District Judge